UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH MICHAEL CORBETT, II,

Plaintiff,

v. Case No: 2:25-cv-00132-JLB-KRH

GERMAN ALBERTO VARGAS, et al.,

Defendants.
___________________________________/

# ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 79), recommending that Defendants' Motion to Determine Entitlement to Attorney's Fees and Costs (Doc. 65) be **DENIED**. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 79) is **ADOPTED** and made a part of this Order for all purposes.

2. Defendants' Motion to Determine Entitlement to Attorney's Fees (Doc. 65) is **DENIED**.

**ORDERED** in Fort Myers, Florida, on August 7, 2026.

**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE